UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| VON SCOTT, STEPHEN E. MONAGHAN, JR., and FAIMAFILI MONAGHAN,<br><br>      Plaintiffs<br><br>    v.<br><br>MR COOPER a/k/a NATIONSTAR MORTGAGE,<br><br>      Defendant | No. 2:24-cv-00380-LEW |

**ORDER AFFIRMING RECOMMENDED DECISION**

On November 25, 2024, United States Magistrate Judge Karen Frink Wolf filed with the court, with copies to the parties, her Recommended Decision on Plaintiffs' Complaint (ECF No. 1). The plaintiffs filed an objection to the Recommended Decision on December 9, 2024. In addition, Plaintiff Stephen Monaghan has filed a motion to lift a filing restriction the Court imposed on him in *U.S. Bank N.A. v. Janelle*, No. 2:20-cv-00337-JAW, ECF No. 128 (D. Me. Dec. 23, 2021).

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended and determine that no further proceeding is necessary. More specifically, dismissal is appropriate because (1) Plaintiffs have inadequately plead facts that would state a claim for which relief could be granted; (2) have instead suggested a claim for relief based on the securitization of a mortgage note without any plausible assertion that securitization

negatively impacted their rights under the mortgage note, amounted to a fraud upon which they relied to their detriment, or otherwise caused them harm; (3) evidently are in part bringing this action in an attempt to avoid a foreclosure pending before another court; and (4) proselytize bogus sovereign citizen notions in the process.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 7) is **ADOPTED**. The case is dismissed.

As for Stephen Monaghan's Motion for Reinstatement of Filing Rights (ECF No. 8), the litigation conceived in the matter at hand demonstrates that Mr. Monaghan has in no way "reformed" himself in terms of advocating lost-cause, fantasy-inspired litigation related to mortgage securitization. The motion is therefore **DENIED**.

**SO ORDERED.**

Dated this 15th day of January, 2025.

/s/ Lance E. Walker
Chief U.S. District Judge